UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CURTIS N. CAMPBELL, SR.,   :
                                    :
    Petitioner           :    No. 1:15-CV-01848
                                    :
  vs.                            :    (Judge Kane)
                                    :
WARDEN USP ALLENWOOD,     :
                                    :
    Respondent          :

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed <u>in forma pauperis</u> (Doc. 9) is **GRANTED** for the sole purpose of filing the petition for writ of habeas corpus.

2. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

                                 S/ Yvette Kane
                                 Yvette Kane
                                 United States District Judge

Date: November 20, 2015