```
            UNITED STATES DISTRICT COURT
                     FOR THE
            MIDDLE DISTRICT OF PENNSYLVANIA
```

CURTIS N. CAMPBELL, SR.,          :
                                  :
     Petitioner            :     No. 1:15-CV-01848
                                  :
  vs.                            :     (Judge Kane)
                                  :
WARDEN USP ALLENWOOD,             :
                                  :
     Respondent            :

**MEMORANDUM**

**Background**

On September 24, 2015, Curtis N. Campbell, an inmate at the United States Penitentiary, Lewisburg, Pennsylvania ("USP-Lewisburg), filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241, in which he named the Warden of the United States Penitentiary, Allenwood ("USP-Allenwood"), as the Respondent. (Doc. No. 1, Campbell's Petition.) Campbell also submitted a memorandum and exhibits in support of his petition. (Doc. Nos. 2, 3.) Campbell claimed that his due process rights were violated during the course of a prison disciplinary hearing held at USP-Allenwood on May 26, 2015.[1] Id. On October 16, 2015, Campbell filed a motion to proceed in forma pauperis. (Doc. No. 9.) By memorandum[2] and separate order of November 24, 2015, Campbell was

---

1. At some point after this hearing Campbell was transferred to the Special Management Unit at USP-Lewisburg.

2. The court incorporates by reference the reasoning set forth in that memorandum.

granted in forma pauperis status for the sole purpose of filing the petition and the petition was dismissed. (Doc. Nos. 10, 11.)

On January 25, 2016, sixty-two days after the court issued its memorandum and order dismissing the habeas petition, Campbell filed a motion for reconsideration. Local Rule 7.10 provides that a "motion for reconsideration or reargument must be accompanied by a supporting brief and filed within fourteen (14) days after the entry of the order concerned." In light of this rule, Campbell's motion for reconsideration will be denied as untimely filed.

An appropriate order will be entered.