**UNITED STATES DISTRICT COURT**
**FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**


**CURTIS N. CAMPBELL, SR.,**      :
         :
         **Petitioner**      :     **No. 1:15-CV-01848**
         :
     **vs.**          :     **(Judge Kane)**
         :
**WARDEN USP ALLENWOOD,**      :
         :
         **Respondent**      :


<u>**ORDER**</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Petitioner's motion for reconsideration (Doc. No. 12) is **DENIED**.


           <u>S/ Yvette Kane</u>
           Yvette Kane
           United States District Judge

Date: April 8, 2016